UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61380-CIV-WILLIAMS

ROBERTO GONZALEZ,

    Plaintiff,

vs.

WILTON MANORS SERVICE
STATION, LLC, et al.,

    Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation of dismissal with prejudice. (DE 13). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of September, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE